NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 8 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRENDA YANETH ZAVALA-LUGO, | No. 16-73815 |
| Petitioner, | Agency No. A200-806-579 |
| v. | |
| MATTHEW G. WHITAKER, Acting Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 12, 2018**

Before: RAWLINSON, CLIFTON, and NGUYEN, Circuit Judges.

Brenda Yaneth Zavala-Lugo, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order dismissing her

appeal from an immigration judge's decision denying her application for

cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We grant

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

the petition for review.

The BIA did not have the benefit of *Pereira v. Sessions*, 138 S. Ct. 2105, 201 L. Ed. 2d 433 (2018), which held that a notice to appear that does not specify a time and date of hearing does not trigger the stop-time rule, when it denied cancellation of removal for failure to establish ten years of continuous physical presence. Thus, we remand for the BIA to consider continuous physical presence in light of *Pereira*.

**PETITION FOR REVIEW GRANTED; REMANDED.**